**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**ARTHUR STEWART NICKENS**                                                  **PLAINTIFF**

v.                                                                                                           **No. 2:07CV183-P-A**

**MUNICIPAL COURT JUDGE DON DEES,**
**COUNTY COURT PROSECUTOR JIMMY MILLER,**
**TOWN MAYOR REGINALD GRIFFIN**                              **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice.

**SO ORDERED,** this the 12th day of December, 2007.

                                                                   /s/ W. Allen Pepper, Jr.
                                                                    W. ALLEN PEPPER, JR.
                                                                    UNITED STATES DISTRICT JUDGE